UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MARIE MCCLOUGH,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF CALIFORNIA BERKELEY,<br><br>          Defendant. | Case No. 21-cv-03933-SK<br><br>**CLERK'S NOTICE SETTING SETTLEMENT CONFERENCE** |

      This matter was referred to Magistrate Judge Alex G. Tse for settlement purposes. You are hereby notified that a settlement conference is scheduled for May 11, 2022 at 10:00 A.M. This proceeding will be a non-public Zoom video conferencing meeting. The Court expects attorneys and clients to be available all day during the settlement conference and not to schedule other matters during that time. Attorneys and their clients may be in separate locations, but attorneys and clients must have computers with cameras and audio capability. **Any deviation from these instructions must have prior court approval**. A link to the Court's video conferencing meeting is located on the Court's website at https://cand.uscourts.gov/judges/tse-alex-g-agt/. **Note, the Court will use Zoom meetings as opposed to Zoom webinars for settlement conferences. Therefore, information on how to join the settlement conference is located under the subheading "Joining Non-Public Hearings (Settlement Conferences, etc.)".** Settlement conference statements shall be lodged with the Court no later than May 4, 2022. Parties are referred to Judge Tse's Settlement Conference Standing Order at https://www.cand.uscourts.gov/tse-alex-g-agt.

Dated: April 19, 2022

                                                         Mark B. Busby
                                                         Clerk, United States District Court

                                                         By: _____
                                                         Melinda K. Lock, Deputy Clerk