# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 11, 2022         **Time:** 2 hours 30 mins.         **Judge:** ALEX G. TSE
**Case No.:** 21-cv-03933-SK   **Case Name:** McClough v. University of California Berkeley

**Pro Se Plaintiff:** Shannon Marie McClough
**Attorney for Defendant:** Amber Alyne Eklof

**Deputy Clerk:** Stephen Ybarra         **Recorded via Zoom:** 12:28 – 12:33 (SEALED)

### PROCEEDINGS

Settlement Conference – held via Zoom.

**Notes:** Case settled.  The parties shall have access to the transcript.