MARIE TRIMBLE HOLVICK  (SBN:  257891)
AMBER A. EKLOF  (SBN:  305750)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
mholvick@grsm.com
aeklof@grsm.com

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
erroneously sued as UNIVERSITY OF CALIFORNIA BERKELEY

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MARIE MCCLOUGH<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA BERKELEY,<br><br>Defendants. | CASE NO.  21-cv-03933-SK<br><br>**AMENDED ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

-1-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)

IT IS HEREBY STIPULATED by the parties to this action, through themselves and/or their designated counsel, that the above-captioned action be dismissed in its entirely with prejudice pursuant to FRCP 41(a)(1), each to bear their own fees and costs.  The stipulation and order and the dismissal with prejudice shall not constitute or be deemed an admission of any kind by either party regarding merits of this action.  The clerk shall close the file.

Dated:  July 5, 2022                                    GORDON REES SCULLY MANSUKHANI, LLP


                                                        By:  _____
                                                             Marie Trimble Holvick
                                                             Amber A. Eklof
                                                        Attorneys for Defendant
                                                        THE REGENTS OF THE UNIVERSITY OF
                                                        CALIFORNIA erroneously sued as UNIVERSITY
                                                        OF CALIFORNIA BERKELEY


Dated:  July___, 2022                                   SHANNON MARIE MCCLOUGH (PRO PER)


                                                        By:  _____
                                                             Shannon Marie McClough
                                                             Plaintiff (Pro Per)


**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
Hon. Sallie Kim
United States Magistrate Judge

-2-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111